UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ARTHUR RAY ROBINSON** | **CIVIL ACTION NO. 21-4104-P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KAYLA SHERMAN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 12), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** because this court lacks subject matter jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against the remaining Defendants be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).  **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.  **IT IS FURTHER ORDERED** that Plaintiff's claims seeking his acquittal, resentencing, and immediate release are **DISMISSED** for failure to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in Alexandria, Louisiana, on this the 22nd day of August, 2024.

_____
**JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE**